# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| RHONDA CLIFFORD, § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No. 4:21-cv-03000 |
| v. § | |
| § | |
| LIFE CORPORATION and VOICE § | |
| BROADCASTING INC. § | |
| § | |
| Defendants. § | |

## DECLARATION OF AMBER VALDEZ IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

I, Amber Valdez, hereby declare as follows:

1. I am CEO of Life Corporation and have held this position since 2002. I am over the age of 21 and am authorized on behalf of Life Corporation to make this declaration.

2. I make this declaration based on my personal knowledge and information available to me as a representative of Life Corporation.

3. I have reviewed the complaint filed by Plaintiff Rhonda Clifford against Defendants.

4. The complaint refers to text messages allegedly sent to Rhonda Clifford by Life Corporation and also includes a list of the date and time and Caller ID of 24 text messages sent to Plaintiff.

5. Exhibit A is a true and correct spreadsheet containing every message between Life Corporation's texting platform and Rhonda Clifford's cellphone.

I declare under penalty of perjury that the foregoing is true and correct.

Dated November 17, 2021.

_____
Amber Valdez