IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **RHONDA CLIFFORD,** § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> **LIFE CORPORATION and VOICE** § <br> **BROADCASTING INC.** § <br> § <br> Defendants. § | Civil Action No. 4:21-cv-03000 |

# DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Life Corporation and Voice Broadcasting Inc. make the following disclosure of entities financially interested in the outcome of this litigation:

Life Corporation

Voice Ventures LLC

Voice Broadcasting Inc.

The undersigned parties understand that under Rule 7.1 of the Federal Rules of Civil Procedure, they must promptly file a supplemental statement upon any change in the information that this statement requires.

Dated: December 2, 2021

Respectfully submitted,

/s/ *Ezra D. Church*
MORGAN, LEWIS & BOCKIUS LLP
Ezra Dodd Church

Attorney-in-Charge
Admitted pro hac vice
ezra.church@morganlewis.com
1701 Market Street
Philadelphia, Pennsylvania 19103-2921
(215) 963-5710 (telephone)
(215) 963-5001 (facsimile)

OF COUNSEL:
Jared Wilkerson
jared.wilkerson@morganlewis.com
Heidi Rasmussen
heidi.rasmussen@morganlewis.com
1000 Louisiana Street,
Suite 4000
Houston, Texas 77002-5005
(713) 890-5460 (telephone)
(713) 890-5001 (facsimile)

*Attorneys for Life Corporation and Voice Broadcasting Inc.*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the foregoing was filed electronically on December 2, 2021. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties entitled to notice by electronic notification.

*/s/ Ezra D. Church*
Ezra D. Church