UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **RHONDA CLIFFORD,**<br>　　　　**Plaintiff**<br><br>v<br><br>**LIFE CORPORATION, VOICE BROADCASTING INC,**<br>　　　　**Defendant** | )<br>)<br>)<br>)<br>)　Case No.: 4:21-cv-03000<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.


Dated: February 01, 2022　　　　　　　　　　/s/ Jacob U. Ginsburg
　　　　　　　　　　　　　　　　　　　　　Jacob U. Ginsburg, Esq.
　　　　　　　　　　　　　　　　　　　　　Kimmel & Silverman, PC
　　　　　　　　　　　　　　　　　　　　　30 E. Butler Pike
　　　　　　　　　　　　　　　　　　　　　Ambler, PA 19002
　　　　　　　　　　　　　　　　　　　　　Telephone: (215) 5408888
　　　　　　　　　　　　　　　　　　　　　Facsimile: (877) 788-2864
　　　　　　　　　　　　　　　　　　　　　jginsburg@creditlaw.com
　　　　　　　　　　　　　　　　　　　　　teamkimmel@creditlaw.com


　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of February 2022, a true and correct copy of the foregoing pleading served via ECF to all counsel of record:

*/s/* Jacob U. Ginsburg
Jacob U. Ginsburg, Esq.